# Fourteenth Court of Appeals
## HOUSTON, TEXAS 77002

## RECORDS RETENTION SCHEDULE IN CIVIL CASES

CASE NO.: 14-12-00763-CV          DATE CASE FILED: 8/22/12

STYLE: **In Re Kay Rieck, Furie Petroleum Company, LLC, and Cornucopia Oil & Gas Company, LLC, Relators**

COUNTY: Harris

DESCRIPTION/SUBJECT OF CASE:          Original Proceeding

PANEL: JBB          AH          JVB                    PER CURIAM   Yes
          (Credit)

OPINION ISSUED**: September 13, 2012**          OPINION DECISION:   Dismissed

RECOMMEND:          DESTROY          YES          HISTORICAL   NO

COMMENTS:

SIGNED:   /s/  Nina Indelicato                    DATE: 9/13/12
          (Attorney)

—————————————**FOR CLERK'S USE ONLY**—————————————

MANDATE ISSUED:

LETTER TO STATE ARCHIVES (date):

COMMENTS:

—————————————**FOR CLERK'S USE ONLY**—————————————

(Dispose of 10 years after final disposition)

DATE DESTROYED:

DATE SENT TO STATE ARCHIVES FOR PERMANENT RETENTION: